1  Bob L. Olson, Esq.
   Nevada Bar No. 3783
2  Charles E. Gianelloni, Esq.
   Nevada Bar No. 12747
3  V.R. Bohman, Esq.
   Nevada Bar No. 13075
4  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
5  Las Vegas, NV  89169
   Telephone:  (702) 784-5200
6  Facsimile:  (702) 784-5252
   Email:  bolson@swlaw.com
7          cgianelloni@swlaw.com
           vbohman@swlaw.com
8
   *Attorneys for Defendant*
9  *Experian Information Solutions, Inc.*

10                 **UNITED STATES DISTRICT COURT**

11                      **DISTRICT OF NEVADA**

12

13  VICTOR CORSARO JR.,                    Case No. 2:15-cv-02256-RCJ-NJK

14              Plaintiff,                  **STIPULATION AND ~~[PROPOSED]~~
                                            ORDER TO EXTEND DEFENDANT
15       v.                                 EXPERIAN INFORMATION
                                            SOLUTIONS, INC.'S TIME TO
16  BANK OF AMERICA, NATIONAL               RESPOND TO PLAINTIFF'S
    ASSOCIATION, SPECIALIZED LOAN           COMPLAINT**
17  SERVICING, LLC, AND EXPERIAN
    INFORMATION SOLUTIONS, INC.,            **(FIRST REQUEST)**
18
              Defendants.                   Complaint filed:  November 30, 2015
19

20       It is hereby stipulated by and between Plaintiff Victor Corsaro Jr. ("Plaintiff"), through his

21  attorney David Krieger, and Defendant Experian Information Solutions, Inc. ("Experian"),

22  through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

23       Plaintiff filed his Complaint on November 30, 2015.  Experian was served on December

24  4, 2015.  The deadline for Experian to respond to the Complaint is currently set for December 24,

25  2015.  In the interest of conserving client and judicial resources, Plaintiff and Experian stipulate

26  and agree that Experian shall have until **January 14, 2016**, to file its responsive pleading.  This is

27  the parties' first request for an extension of time to respond to the Complaint and is not intended

28

23194547

1  to cause any delay or prejudice to any party, but rather to allow the parties to discuss settlement.

2      DATED this 23rd day of December 2015.

3

4                                               SNELL & WILMER L.L.P.

5

6                                               By: */s/ Bob L. Olson*
                                                    Bob L. Olson, Esq.
                                                    Charles E. Gianelloni, Esq.
7                                                   V.R. Bohman, Esq.
                                                    3883 Howard Hughes Parkway, Suite 1100
8                                                   Las Vegas, NV  89169
                                                    Telephone:  (702) 784-5200
9                                                   Facsimile:  (702) 784-5252

10                                              *Attorneys for Defendant Experian Information
                                                Solutions, Inc.*
11

12                                              HAINES & KRIEGER, LLC

13

14                                              By: */s/ David Krieger*
                                                    David H. Kireger, Esq.
15                                                  8985 S. Eastern Avenue, Suite 370
                                                    Henderson, NV  89123
16                                                  Telephone:  (702) 880-5554
                                                    Facsimile:  (702) 385-5518
17
                                                *Attorneys for Plaintiff Victor Corsaro Jr.*
18

19

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

- 2 -

23194547

**ORDER**

IT IS ORDERED THAT Experian Information Solutions, Inc.'s time to respond to Plaintiff's Complaint shall be extended to on or before January 14, 2016.

**IT IS SO ORDERED**.

DATED this __28th__ day of December 2015.

_____
United States Magistrate Judge

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

- 3 -

23194547