# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR CORSARO, JR., | Case No. 2:15-cv-02256-RCJ-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| BANK OF AMERICA, N.A., et al., | (Docket No. 20) |
| Defendant(s). | |

Pending before the Court is a stipulation to extend the time for Defendant Specialized Loan Servicing, LLC to respond to the complaint. Docket No. 20. That deadline expired more than six months ago, on December 20, 2015. *See* Docket No. 19. The stipulation fails to establish excusable neglect for the failure to timely seek an extension. *See, e.g.*, Fed. R. Civ. P. 6(b)(1)(B). Nor does the stipulation establish good cause for the extension sought, *see, e.g.*, Fed. R. Civ. P. 6(b)(1), asserting that additional time is needed to discuss settlement without any explanation why the preceding seven months following effectuation of service has been an insufficient period. Accordingly, the stipulation is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: May 25, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge