1  David H. Krieger, Esq.
   Nevada Bar No. 9086
2  HAINES & KRIEGER, LLC
3  8985 S. Eastern Avenue, Suite 350
   Henderson, Nevada 89123
4  Phone: (702) 880-5554
5  FAX: (702) 385-5518
   Email: dkrieger@hainesandkrieger.com
6  *Attorney for Plaintiff, Victor Corsaro Jr.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Victor Corsaro Jr.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, SPECIALIZED LOAN SERVICING, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No. 2:15-cv-02256-RCJ-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

　　　Plaintiff Victor Corsaro Jr. and EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") hereby stipulate and agree that the above-entitled

…

…

…

…

…

…

Page **1** of **2**

action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EXPERIAN**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:  August 23, 2016

| By:<br><u>/s/David H. Krieger, Esq.</u><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><u>/s/ V.R. Bohman, Esq.</u><br>V.R. Bohman, Esq.<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Pwky.<br>Suite 1100<br>Las Vegas, NV 89169<br><br>*Attorney for Defendant Experian Information Solutions, Inc.* |

### ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: _____
August 24, 2016